[No. 10509–4–1. Division One. August 13, 1984.]

*In the Matter of the Marriage of* CANDACE J.
AMORTEGUY, *Appellant, and* FERNANDO A.
AMORTEGUY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–121803, H. Michael Fields, J. Pro Tem.,
entered June 29, 1981. *Affirmed in part and remanded
with instructions* by unpublished opinion per Corbett,
A.C.J., concurred in by Williams and Scholfield, JJ.

[No. 6028–1–II. Division Two. August 13, 1984.]

H. HORST VON THIELE, *Appellant,* v. PACIFIC COUNTY
HOSPITAL DISTRICT NO. 1, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 20599, John W. Schumacher, J., entered
December 14, 1981. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5684–4–II. Division Two. August 13, 1984.]

*In the Matter of the Marriage of* BARBARA ANN
SORTLAND, *Respondent, and* RONALD DUANE
SORTLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 278150, Waldo F. Stone, J., entered June 12,
1981. *Affirmed* by unpublished opinion per Petrich, C.J.,
concurred in by Petrie and Worswick, JJ.